IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTWON J. GIBSON ) | |
| ) | No. |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| THE BRACHFELD LAW GROUP, P.C. ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

1. This Court has federal question jurisdiction.

2. Plaintiff Antwon J. Gibson ("Gibson") lives in this District, the facts as to Gibson's claim occurred in this District and Defendant The Brachfeld Law Group ("BLG") transacts business in this District.

3. Gibson brings this action to secure redress from unlawful collection practices engaged in by BLG. Gibson alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

**Parties**

4. Defendant BLG is a law firm with its principal place of business in El Segundo, CA. BLG operates as a debt collector as defined by the FDCPA.

5. Plaintiff Gibson lives in Allegheny County, Pennsylvania. He is a consumer as defined by the FDCPA.

**Facts**

6. BLG had been attempting to collect from Gibson a credit card debt incurred for personal, family or household purposes and not for the purpose of business.

  7. BLG caused to be sent a dunning letter addressed to Gibson dated June 30, 2012.

  8. Gibson requested validation of the debt by certified letter dated July 20, 2012.

  9. BLG received the request for validation on July 24, 2012.

  10. Despite receiving the request for validation and prior to providing validation, BLG telephoned Gibson in an attempt to collect on July 30, 2012 at 5:49 pm using phone number 866-837-4402.

**Violations of the FDCPA**

  11. BLG violated 15 U.S.C. § 1692g(b).

  12. Gibson suffered from emotional distress resulting from BLG's illegal acts.

  13. Gibson is entitled to recover actual damages, statutory damages, costs and reasonable attorney fees.  15 U.S.C. § 1692k.

  **WHEREFORE**, Plaintiff Gibson respectfully requests judgment in his favor for all damages to which he is entitled under federal law as follows:

  a. Actual Damages.

  b. Statutory Damages.

  c. Costs and reasonable attorney fees.

  d. Such other and further relief as the Court may deem just and proper.

         Respectfully Submitted,

         Jeffrey L. Suher, P.C.

         /s/ Jeffrey L. Suher

Jeffrey L. Suher, Esquire
Pa. I.D. #74924
4328 Old Wm Penn Hwy, Ste 2J
Monroeville, PA 15146
(412) 374-9005
(412) 374-0799 (fax)
jsuherlaw@me.com

**JURY TRIAL DEMANDED**